**Order entered March 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00869-CV

**RODNEY SHARP AND ALL OCCUPANTS, Appellant**

**V.**

**WOODRIDGE PROPERTIES COMPANY LP, Appellee**

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-13-00238-C**

## ORDER

We **ORDER** Dallas County Clerk John F. Warren to file, no later than March 19, 2014, either (1) a supplemental clerk's record containing a copy of any supersedeas bond or any and all cash deposit slips or (2) written verification that neither exist.

/s/    ELIZABETH LANG-MIERS
        JUSTICE